UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID DINKINS                                          CIVIL ACTION

VERSUS                                                 NO: 25-1980

SOCIAL SECURITY                                        SECTION: "A" (4)
ADMINISTRATION

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the lack of an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the decision of the Administrative Law Judge be **REVERSED** and **SOCIAL SECURITY INCOME BENEFITS BE AWARDED RETROACTIVELY FROM JULY 28, 2020.**

August 11, 2026

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE